1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  BERTHA CORGIAT

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:11-cr-00273  LJO
                                       )
12             Plaintiff,              )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE; ORDER
13      v.                             )
                                       )   Date:  November 4, 2011
14  BERTHA CORGIAT,                    )   Time:  9:00 a.m.
                                       )   Judge: Hon. Lawrence J. O'Neill
15             Defendant.              )
                                       )
16  _____)

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

19  counsel, that the status conference in the above-captioned matter now set for Friday, October 21, 2011,

20  **may be continued to Friday, November 4, 2011, at 9:00 a.m.**

21      This continuance is at the request of counsel for defendant to complete negotiations between the

22  parties, further investigation and continuity of counsel. This continuance will conserve time and resources

23  for both parties and the court.

24  ///

25  ///

26  ////

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice, including but not limited to, the need for the period of time set forth herein for effective defense

3    preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

4                                                              LAWRENCE BROWN
                                                              United States Attorney

5

6    DATED:  October 19, 2011                    By:     /s/ Grant Rabenn
                                                              GRANT RABENN
7                                                             Assistant United States Attorney
                                                              Attorney for Plaintiff

8

9                                                             DANIEL J. BRODERICK
                                                              Federal Defender

10

11   DATED:  October 19, 2011                    By:    /s/  Ann H. Voris
                                                              ANN H. VORIS
12                                                            Assistant Federal Defender
                                                              Attorney for Defendant
13                                                            Bertha Corgiat

14

15

16

17                                    **O R D E R**

18       **Granted.**  Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

19   IT IS SO ORDERED.

20   **Dated:     October 19, 2011**                  /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                    −2−