HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
BERTHA CORGIAT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:11-CR-00273 LJO-SKO |
| *Plaintiff,* | STIPULATION FOR FORFEITURE AND DESTRUCTION;  ORDER |
| vs. | |
| BERTHA CORGIAT, | |
| *Defendant.* | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Grant Rabenn, Counsel for Plaintiff, and Assistant Federal Defender, Ann H. McGlenon, Counsel for Defendant Bertha Corgiat, that the gun seized in this case be destroyed.

This stipulation is made pursuant to 18 U.S.C. § 924(d)(1), ordering forfeiture and destruction of the 9mm Beretta firearm, Model 92FS, Serial Number BER 072351 Z, and any ammunition seized from the home of Bertha and David Corgiat on October 14, 2015.  All parties agree to its forfeiture and destruction.  It is currently in the possession of the probation officer, Laura Weigel and shall be forfeited to her for destruction.

//

//

Dated:  December 11, 2015  
BENJAMIN B. WAGNER  
United States Attorney  

*/s/ Grant Rabenn*  
GRANT RABENN  
Assistant United States Attorney  
Attorney for Plaintiff  

Dated:  December 11, 2015  

HEATHER E. WILLIAMS  
Federal Defender  

*/s/ Ann H. McGlenon*  
ANN H. MCGLENON  
Assistant Federal Defender  
Attorney for Defendant  
BERTHA CORGIAT  

## **O R D E R**

For the reasons set forth above, the destruction of the Beretta 9mm is granted for good cause.

IT IS SO ORDERED.

Dated:  **December 11, 2015**    /s/ Lawrence J. O'Neill  
UNITED STATES DISTRICT JUDGE