**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California | **RE:  Bertha CORGIAT**<br>**Docket Number:  0972/1:11CR00273-01**<br>**DISMISSAL REQUEST AND ORDER** |

Your Honor:

On October 30, 2015, a Prob 12C Petition was filed with the Court alleging the offender violated the conditions of supervision by illegally possessing a firearm.  A summons was issued and Mrs. Corgiat appeared before the Court on November 10, 2015.  Based on all the details of this case, our office respectfully requests the violation petition filed on October 30, 2015, be dismissed without prejudice and that Mrs. Corgiat be ordered to continue with the terms of Probation as previously ordered.

Both counsel, Grant Rabenn and Ann McGlenon, are in agreement.  Should the Court have any questions regarding our request, the undersigned can be reached via email at laura_weigel@caep.uscourts.gov or by cell phone at (209) 402-6139.

**RE:     Bertha  CORGIAT**
         **Docket Number:   0972/1:11CR00273-01**
         <u>**DISMISSAL REQUEST AND ORDER**</u>

                              Respectfully submitted,

                                */s/ Laura Weigel*

                                 Laura Weigel
                         Sr. United States Probation Officer

Dated:   December 21, 2015
         Modesto, California
         LMW/lr

                    */s/ Brenda Barron-Harrell*
**REVIEWED BY:**    **Brenda Barron-Harrell**
                    **Supervising United States Probation Officer**

---

### ORDER OF THE COURT

☒  Approved – The Prob 12C Petition filed on October 30, 2015, is dismissed without prejudice.  The Judgment and Commitment Order filed on January 20, 2012, to remain in full force and effect.      ☐  Disapproved

IT IS SO ORDERED.

   Dated:   **December 21, 2015**            **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

cc:   Grant Rabenn
      Assistant United States Attorney

      Ann H. McGlenon
      Defense Counsel

2